4-725421

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

------------------------------------------------)
HELLMANN WORLDWIDE               )
LOGISTICS, INC.,                           )
                                                     )
                              Plaintiff,        )
                                                     )        CIVIL COMPLAINT
         - against -                             )
                                                     )
NANOSOLAR, INC.,                          )
                                                     )
                              Defendant.    )
------------------------------------------------)

Plaintiff, HELLMANN WORLDWIDE LOGISTICS, INC., by its attorneys WALTON LANTAFF SCHROEDER & CARSON, as and for its Complaint against defendant, NANOSOLAR, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This Court has jurisdiction under 28 U.S.C. 1332, the diversity statute, the parties being citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs. Venue is proper pursuant to plaintiff's Terms and Conditions of Service, as well as a Credit Application and Power of Attorney between the parties, calling for all actions to be brought in the Courts of the State of Florida at Miami.

2. At all times hereinafter mentioned, plaintiff, HELLMANN WORLDWIDE LOGISTICS, INC. ("HELLMANN") was and still is a corporation organized and existing under the laws of the State of Delaware, with offices and a place of business at 10450 Doral Blvd., Miami, FL 33178.

3. Upon information and belief and at all times hereinafter

mentioned, defendant NANOSOLAR, INC. was and still is a corporation organized and existing under the laws of the State of California, with offices and a place of business at 5521 Hellyer Avenue, San Jose, CA 95138.

4. On or about September 9, 2010, defendant executed a Limited Power of Attorney for Export agreement with plaintiff (the "Agreement") wherein, inter alia, plaintiff would act as freight forwarder on behalf of defendant for shipments by defendant to its customers.

5. Pursuant to this Agreement, plaintiff executed a number of shipments on behalf of defendant, prepaid all shipping related charges on behalf of defendant in order to facilitate defendant's shipments, and issued invoices to defendant for plaintiff's fees and services totaling $161,970.00. (A copy of all outstanding invoices are annexed hereto as Exhibits A1-A62.)

6. All shipments were properly completed.

7. Plaintiff has duly performed all acts required to be performed by plaintiff.

8. Defendant has failed and refused, and continues to fail and to refuse, to remit the payment due of $161,970.00, although duly demanded.

9. By reason of the foregoing, plaintiff has sustained damages in the amount of $161,970.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

2. That process in due form of law according to the practice of this Court in cases diversity jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3.That plaintiff has such other and further relief in the premises as in law and justice it may be entitled to receive.

DATED:Miami, Florida
July 8, 2013

James T. Armstrong
Florida Bar No. 299685
jarmstrong@waltonlantaff.com
WALTON LANTAFF SCHROEDER & CARSON
Attorney for Plaintiff
9350 Financial Centre, 10th Floor
9350 South Dixie Highway
Miami, FL 33156
Telephone: 305-671-1300
Fax No.305-670-7065

OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES