4-725421

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

----------------------------------------------)
HELLMANN WORLDWIDE              )    13-cv-22403 (GRANHAM)
LOGISTICS, INC.,                )
                                )
                Plaintiff,  )
                                )    AFFIDAVIT
   - against -                 )
                                )
NANOSOLAR, INC.,                )
                                )
                Defendant.  )
----------------------------------------------)

STATE OF FLORIDA    )
                    ) SS.:
COUNTY OF DADE      )

    JULIAN RICHES, being duly sworn, deposes and says:

    1. I am the Chief Financial Officer of HELLMANN WORLDWIDE LOGISTICS, INC. ("HELLMANN"), the plaintiff in the referenced matter. As such, I am personally familiar with the facts and circumstances herein, and I make this affidavit in support of HELLMANN's Motion for Final Judgment by Default against defendant NANOSOLAR, INC.

    2. HELLMANN's records show that defendant signed both a Credit Agreement and Limited Customs Power of Attorney, and used plaintiff's services on 62 occasions. Invoices totalling $161,970.00 were sent to defendant. Said amount is an accurate calculation of plaintiff's services, and remains unpaid.

    WHEREFORE, plaintiff prays for the entry of final judgment by default

against defendant NANOSOLAR, INC.

Dated: Miami, Florida
       August 29, 2013

_____
JULIAN RICHES

Sworn to before me this
30th day of August, 2013

_____
Notary Public

JOSE M. CIFUENTES
Notary Public - State of Florida
My Comm. Expires Jun 2, 2017
Commission # FF 023032
Bonded Through National Notary Assn.