IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-CV-22403 GRAHAM/GOODMAN

HELLMANN WORLDWIDE
LOGISTICS, INC.,

    Plaintiff,

vs.

NANOSOLAR, INC.,

    Defendant.
_____/

## **NOTICE OF DISMISSAL**

COMES NOW the Plaintiff, through its undersigned attorneys, and voluntarily dismisses the referenced matter, without prejudice and without costs as to each party against each other.

DATED this 5th day of November, 2014.

    James T. Armstrong
    Florida Bar No. 299685
    jarmstrong@waltonlantaff.com
    WALTON LANTAFF SCHROEDER & CARSON
    Attorney for Plaintiff
    9350 Financial Centre, 10th Floor
    9350 South Dixie Highway
    Miami, FL 33156
    Telephone: 305-671-1300
    Fax No.     305-670-7065